UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ROBERT PRICE,

        Plaintiff,

v.

CARSON CITY CORRECTIONAL
FACILITY et al.,

        Defendants.
_____/

Case No. 1:24-cv-164

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendants Eeardsman, Blair, White, Loomis, Kissell, Hitchingham, Bigelow, Juarez, Wright, Rewerts, Garcia, and Becher are **DROPPED AS MISJOINED** and Plaintiff's claims against them are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 21.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Carson City Correctional Facility, Nesbitt, Burns, Dines, and King are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 24, 2025                /s/ Ray Kent
                                                       Ray Kent
                                                       United States Magistrate Judge